NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Brian Neach (S.B.N. 242801)
Theodora Oringher, P.C.
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626
714-549-6127

ATTORNEY(S) FOR: Defendant Harold D. Lowry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SP INVESTMENT FUND I, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| HAROLD D. LOWRY, individually and on behalf of the ESTATE OF MARY E. LOWRY, and DOES 1 through 10 | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Harold D. Lowry
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Estate of Harold D. Lowry | Estate of deceased defendant |
| Mary Susan Morehouse | Executrix of estate of Harold D. Lowry |
| Estate of Mary E. Lowry | Related party -- estate of spouse of defendant |
| Newport Highlands Associates | Limited partnership in which plaintiff seeks ownership |
| SP Investment Fund I, LLC | Plaintiff |
| Gil Seton, Jr. | Manager of Plaintiff |

August 10, 2015
Date

*Brian Neach*
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Harold D. Lowry

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 535 Anton Boulevard, Ninth Floor, Costa Mesa, California 92626-7109.

On August 10, 2015, I served the following document(s) described as:

- **NOTICE OF REMOVAL OF CIVIL ACTION;**

- **DECLARATION OF BRIAN NEACH IN SUPPORT OF DEFENDANT HAROLD D. LOWRY'S NOTICE OF REMOVAL OF CIVIL ACTION;**

- **DECLARATION OF MARY SUSAN MOREHOUSE IN SUPPORT OF DEFENDANT HAROLD D. LOWRY'S NOTICE OF REMOVAL;**

- **CIVIL CASE COVERSHEET;**

- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES;**

- **PROOF OF SERVICE OF DOCUMENTS REGARDING NOTICE OF REMOVAL TO FEDERAL COURT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Theodora Oringher's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Costa Mesa, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 10, 2015, at Costa Mesa, California.

_____
Alma Pepito

982521/81315.05002

*DECLARATION OF MARY SUSAN MOREHOUSE IN SUPPORT OF NOTICE OF REMOVAL*

# SERVICE LIST
### *SP Investment Fund I, LLC v. Lowry, et al.*

| | |
|---|---|
| Garrett L. Hanken<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067-4590<br>310-553-3610 | Attorneys for Plaintiff,<br>SP INVESTMENT FUND I, LLC |

982521/81315.05002

2

*DECLARATION OF MARY SUSAN MOREHOUSE IN SUPPORT OF NOTICE OF REMOVAL*